David W. Newman, ISBN 8251
Assistant United States Trustee
Mary P. Kimmel, ISBN 3786
Brett R. Cahoon, ISBN 8607
S. Alex Shay, WVBN 13045
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Plaintiff, Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>THOMAS M. RICKS,<br><br>    Debtor.<br>_____<br><br>ACTING UNITED STATES TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS M. RICKS,<br><br>    Defendant. | Case No. 13-00264-TLM<br>Chapter 7<br><br><br><br><br>Adv. No. 16-06031-TLM |

### ACTING UNITED STATES TRUSTEE'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Acting United States Trustee, Gail Brehm Geiger, pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, moves the Court to enter a default judgment against Defendant Thomas M. Ricks for the reason that Defendant has failed to file an answer or otherwise defend against the Acting United States Trustee's Complaint (Docket 1) objecting to

1

discharge filed in the above-captioned adversary case on September 30, 2016. The complaint and summons were served upon Defendant on October 3, 2016, in accordance with Rule 7004(b)(1) of the Federal Rules of Bankruptcy Procedures. Defendant is not a minor or incompetent and is not in military service of the United States. The Declaration in Support of Clerk's Entry of Default, Application for Clerk's Entry of Default, and Declaration Re: Statement of Non-Military Service will be filed in conjunction with this motion.

Dated: November 8, 2016                     GEIL BREHM GEIGER
                                            Acting United States Trustee Region 18


                                            /s/ S. Alex Shay
                                            S. ALEX SHAY
                                            Attorney for Movant
                                            [Non CM/ECF e-mail steven.a.shay@usdoj.gov]

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 8, 2016, I caused to be filed a copy of the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

N/A

    AND I FURTHER CERTIFY that on such date I caused to be served the foregoing on the following non-CM/ECF Registered Participants via first class mail, postage prepaid addressed as follows:

Debtor
Thomas M. Ricks
5655 W. Floating Feather Road
Eagle, ID 83616

Dated: November 8, 2016                        /s/ S. Alex Shay
                                                                                      S. ALEX SHAY